CO. FILE DEPT. CLOCK VCHR. NO.
VN1 249726 000725 0000473104 1

14567-0001

# Earnings Statement

ADP

HARBOR FREIGHT TOOLS

HARBOR FREIGHT TOOLS USA INC
26541 AGOURA ROAD
CALABASAS, CA 91302
(818)836-5045

Period Beginning: 10/31/2016
Period Ending: 11/13/2016
Pay Date: 11/18/2016

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

ROBERT J HAMMER
2732 OREGON ST
EASTON PA 18045-6056

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Earns | 20.0000 | 75.80 | 1,516.00 | 12,910.00 |
| Overtime Earns | 30.0000 | .90 | 27.00 | 1,974.00 |
| Ben-Time Off | 20.0000 | 8.00 | 160.00 | 320.00 |
| Gross Pay | | | $1,703.00 | 15,204.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| | Federal Income Tax | -226.20 | 2,216.43 |
| | Social Security Tax | -101.80 | 935.07 |
| | Medicare Tax | -23.81 | 218.69 |
| | PA State Income Tax | -50.41 | 463.01 |
| | Wilson Boro Income Tax | -16.42 | 150.82 |
| | Wilson Boro Local Svc Tax | -2.00 | 18.00 |
| | PA SUI/SDI Tax | -1.19 | 10.64 |
| Other | | | |
| | Best | -14.67 | 29.34 |
| | Medical-Ppo | -57.50* | 115.00 |
| | Vision | -3.59* | 7.18 |
| | Net Pay | $1,205.41 | |
| | Checking 1 | -1,205.41 | |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Timeoff Balance | | 39.97 |
| Employee ID | | 9249726 |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $1,641.91

©2000 ADP, LLC

HARBOR FREIGHT TOOLS

HARBOR FREIGHT TOOLS USA INC
26541 AGOURA ROAD
CALABASAS , CA 91302
(818)836 -5045

**Advice number:** 00000473104
Pay date: 11/18/2016

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ROBERT J HAMMER | xxxxxx2086 | xxxx xxxx | $1,205.41 |




**NON-NEGOTIABLE**

CO. FILE DEPT. CLOCK VCHR. NO.
WN1 249726 080725 0000453177 1
14727-0001

# Earnings Statement

ADP

HARBOR FREIGHT TOOLS

HARBOR FREIGHT TOOLS USA INC
26541 AGOURA ROAD
CALABASAS, CA 91302
(818)836-5045

Period Beginning: 10/17/2016
Period Ending: 10/30/2016
Pay Date: 11/04/2016

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

ROBERT J HAMMER
2732 OREGON ST
EASTON PA 18045-6056

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Earns | 20.0000 | 80.00 | 1,600.00 | 11,394.00 |
| Overtime Earns | 30.0000 | 20.50 | 615.00 | 1,947.00 |
| Ben-Time Off | | | | 160.00 |
| Gross Pay | | | $2,215.00 | 13,501.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -354.20 | 1,990.23 |
| | Social Security Tax | -133.54 | 833.27 |
| | Medicare Tax | -31.23 | 194.88 |
| | PA State Income Tax | -66.13 | 412.60 |
| | Wilson Boro Income Tax | -21.54 | 134.40 |
| | Wilson Boro Local Svc Tax | -2.00 | 16.00 |
| | PA SUI/SDI Tax | -1.55 | 9.45 |
| | **Other** | | |
| | Best | -14.67 | 14.67 |
| | Medical-Ppo | -57.50* | 57.50 |
| | Vision | -3.59* | 3.59 |
| | Net Pay | $1,529.05 | |
| | Checking 1 | -1,529.05 | |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Timeoff Balance | | 40.87 |
| Employee ID | | 9249726 |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $2,153.91

©2000 ADP, LLC

HARBOR FREIGHT TOOLS

HARBOR FREIGHT TOOLS USA INC
26541 AGOURA ROAD
CALABASAS , CA 91302
(818)836 -5045

Advice number: 00000453177
Pay date: 11/04/2016

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ROBERT J HAMMER | xxxxxx2086 | xxxx xxxx | $1,529.05 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

VN1 249726 000725 DEPT. CLOCK VCHR. NO. 0000453177 1

14727-0001

# Earnings Statement

ADP

HARBOR FREIGHT TOOLS

*HARBOR FREIGHT TOOLS USA INC*
*26541 AGOURA ROAD*
*CALABASAS, CA 91302*
*(818)836-5045*

Period Beginning: 10/17/2016
Period Ending: 10/30/2016
Pay Date: 11/04/2016

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**ROBERT J HAMMER**
**2732 OREGON ST**
**EASTON PA 18045-6056**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Earns | 20.0000 | 80.00 | 1,600.00 | 11,394.00 |
| Overtime Earns | 30.0000 | 20.50 | 615.00 | 1,947.00 |
| Ben-Time Off | | | | 160.00 |
| Gross Pay | | | $2,215.00 | 13,501.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -354.20 | 1,990.23 |
| | Social Security Tax | -133.54 | 833.27 |
| | Medicare Tax | -31.23 | 194.88 |
| | PA State Income Tax | -66.13 | 412.60 |
| | Wilson Boro Income Tax | -21.54 | 134.40 |
| | Wilson Boro Local Svc Tax | -2.00 | 16.00 |
| | PA SUI/SDI Tax | -1.55 | 9.45 |
| | **Other** | | |
| | Best | -14.67 | 14.67 |
| | Medical-Ppo | -57.50* | 57.50 |
| | Vision | -3.59* | 3.59 |
| | Net Pay | $1,529.05 | |
| | Checking 1 | -1,529.05 | |
| | Net Check | $0.00 | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $2,153.91

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Timeoff Balance | | 40.87 |
| Employee ID | | 9249726 |

©2000 ADP, LLC

HARBOR FREIGHT TOOLS

HARBOR FREIGHT TOOLS USA INC
26541 AGOURA ROAD
CALABASAS , CA 91302
(818)836 -5045

**Advice number:** 00000453177
Pay date: 11/04/2016

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ROBERT J HAMMER | xxxxxx2086 | xxxx xxxx | $1,529.05 |




**NON-NEGOTIABLE**

CO. FILE DEPT. CLOCK VCHR. NO.
14796-0001

# Earnings Statement



*HARBOR FREIGHT TOOLS USA INC*
*26541 AGOURA ROAD*
*CALABASAS, CA 91302*
*(818)836-5045*

Period Beginning: 10/03/2016
Period Ending: 10/16/2016
Pay Date: 10/21/2016

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

**ROBERT J HAMMER**
**2732 OREGON ST**
**EASTON PA 18045-6056**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Earns | 20.0000 | 79.40 | 1,588.00 | 9,794.00 |
| Overtime Earns | 30.0000 | 24.10 | 723.00 | 1,332.00 |
| Ben-Time Off | | | | 160.00 |
| **Gross Pay** | | | **$2,311.00** | 11,286.00 |

| Deductions Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -393.48 | 1,636.03 |
| Social Security Tax | -143.28 | 699.73 |
| Medicare Tax | -33.51 | 163.65 |
| PA State Income Tax | -70.95 | 346.47 |
| Wilson Boro Income Tax | -23.11 | 112.86 |
| Wilson Boro Local Svc Tax | -2.00 | 14.00 |
| PA SUI/SDI Tax | -1.62 | 7.90 |
| **Net Pay** | **$1,643.05** | |
| Checking 1 | -1,643.05 | |
| **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Timeoff Balance | | 34.10 |
| Employee ID | | 9249726 |

Your federal taxable wages this period are $2,311.00

HARBOR FREIGHT TOOLS USA INC
26541 AGOURA ROAD
CALABASAS , CA 91302
(818)836 -5045

Advice number: 00000433213
Pay date: 10/21/2016

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ROBERT J HAMMER | xxxxxx2086 | xxxx xxxx | $1,643.05 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO. FILE DEPT. CLOCK VCHR. NO.
VN1 249726 000725 0000413381 1
14874-0003

# Earnings Statement



HARBOR FREIGHT TOOLS

HARBOR FREIGHT TOOLS USA INC
26541 AGOURA ROAD
CALABASAS, CA 91302
(818)836-5045

Period Beginning: 09/19/2016
Period Ending: 10/02/2016
Pay Date: 10/07/2016

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
PA: N/A

ROBERT J HAMMER
2732 OREGON ST
EASTON PA 18045-6056

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular Earns | 20.0000 | 79.20 | 1,584.00 | 8,206.00 |
| Overtime Earns | 30.0000 | 3.30 | 99.00 | 609.00 |
| Ben-Time Off | | | | 160.00 |
| Gross Pay | | | $1,683.00 | 8,975.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -236.48 | 1,242.55 |
| | Social Security Tax | -104.35 | 556.45 |
| | Medicare Tax | -24.41 | 130.14 |
| | PA State Income Tax | -51.67 | 275.52 |
| | Wilson Boro Income Tax | -16.83 | 89.75 |
| | Wilson Boro Local Svc Tax | -2.00 | 12.00 |
| | PA SUI/SDI Tax | -1.18 | 6.28 |
| | Net Pay | $1,246.08 | |
| | Checking 1 | -1,246.08 | |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Timeoff Balance | | 27.38 |
| Employee ID | | 9249726 |

Your federal taxable wages this period are $1,683.00

© 2000 ADP, LLC

HARBOR FREIGHT TOOLS

HARBOR FREIGHT TOOLS USA INC
26541 AGOURA ROAD
CALABASAS , CA 91302
(818)836 -5045

Advice number: 00000413381
Pay date: 10/07/2016

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ROBERT J HAMMER | xxxxxx2086 | xxxx xxxx | $1,246.08 |

THIS IS NOT A CHECK

NON-NEGOTIABLE