# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
:
    Robert J. Hammer,                :        Chapter 13
:        Bankruptcy No. 17-10267 REF
           Debtor(s)        :

## **CERTIFICATION OF NO OBJECTION**

AND NOW, this 28th day of December, 2017, David S. Gellert, Esquire, attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice of Filing of Application for Approval of Compensation for Counsel for Debtors.

                                                s/ David S. Gellert
                                                David S. Gellert, Esquire
                                                David S. Gellert, P.C.
                                                1244 Hamilton Street, Suite 204
                                                Allentown, PA 18102
                                                610-776-7070   Fax: 610-776-7072