**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| **ROBERT HAMMER,** | : | **CHAPTER 13** |
| | : | |
| Debtor | : | **BKRTCY. NO. 17-10267 REF** |

<u>**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**</u>

People First Federal Credit Union, by and through its counsel, Kevin K. Kercher, Esquire, has filed a Motion for Relief from the Automatic Stay in order to allow People to repossess and sell the Debtor's motor vehicle. Debtor has died and no longer needs the motor vehicle nor is there an intention to continue with prosecution of the Chapter 13 case.

<u>**Your rights may be affected.**</u> You should read these papers carefully and discuss them with your attorney, If you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **May 25, 2018** you or your attorney must do <u>all</u> of the following:

    (a)   file an answer explaining your position at

    **Clerk, U.S. Bankruptcy Court
    The Madison Building, Ste. 300
    400 Washington St.
    Reading, PA 19601**

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)   mail a copy to the Movant's attorney:
    **LAW OFFICES OF KEVIN K. KERCHER, ESQUIRE, P.C.
    Kevin K. Kercher, Esquire
    881 Third Street, Suite #C-2
    Whitehall, PA 18052
    (610) 264-4120 phone/(610) 264-2990 fax**

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on **May 31, 2018**, at 9:30 a.m. in Courtroom #1, United States Bankruptcy Court, The Madison, 3rd Floor, 400 Washington Street, Reading, PA 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: 5/11/2018                                          Attorney for Movant

                                                          /s/ Kevin K. Kercher
                                                         **Kevin K. Kercher, Esquire**