**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **ROBERT HAMMER,** | : | **CHAPTER 13** |
| | : | |
| **Debtor** | : | **BKRTCY. NO. 17-10267 REF** |

**ORDER RE: RELIEF FROM AUTOMATIC STAY**

AND NOW, upon consideration of the Motion of People First Federal Credit Union for relief from the automatic stay,

**IT IS ORDERED:**

a. The Motion is **GRANTED**; and

b. People First Federal Credit Union is granted relief from the automatic stay imposed by Section 362 of the Bankruptcy Code to permit it to enforce its state law rights and remedies with respect to the Debtor's 2007 Saturn Outlook motor vehicle.

**BY THE COURT:**

**Date: June 1, 2018**

_____
**RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE**