# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robert J. Hammer<br>            Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders, CWABS, Inc., Asset-Backed Certificates, Series 2007-10<br>            Movant<br>    vs. | NO. 17-10267 REF |
| Robert J. Hammer<br>            Debtor(s) | 11 U.S.C. Sections 362 |
| Frederick L. Reigle Esq.<br>            Trustee | |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 2732 Oregon Street, Easton, PA 18045-6056 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage.

**Date: August 10, 2018**

_____
United States Bankruptcy Judge.