UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :

ROBERT J. HAMMER

                                                  : Bankruptcy No. 17-10267REF
Debtor(s)                : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Richard E. Fehling, B. J.

**Date: October 4, 2018**

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

DAVID S GELLERT, ESQ
1244 W HAMILTON STREET
STE 204
ALLENTOWN PA 18102-

ROBERT J. HAMMER
2732 OREGON STREET
EASTON,PA.18045