United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-10267-ref
Robert J. Hammer                                                       Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith              Page 1 of 2              Date Rcvd: Oct 04, 2018
                         Form ID: pdf900          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.
```
db              +Robert J. Hammer,    2732 Oregon Street,    Easton, PA 18045-6056
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr              +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13850810        +Credit First NA,    P.O. Box 81315,    Cleveland, OH 44181-0315
14020735        +David S. Gellert, Esquire,    1244 Hamilton Street,    Suite 204,    Allentown, PA 18102-4699
13887236        +GreenSky, LLC.,    1797 N.E Expressway, Suite 100,    Atlanta, GA 30329-2451
13850811        +Greensky,    P.O. Box 530584,    Atlanta, GA 30353-0584
13850812       ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,    ALLENTOWN PA 18103-4799
                (address filed with court: People First FCU,    2141 Downyflake Lane,    Allentown, PA 18103)
13858298        +Regency Finance Company,    2610 Walbert Ave,    Allentown, PA 18104-1800
13850814        +SLS,    8742 Lucent Boulevard,    Littleton, CO 80129-2302
13850813        +Sears,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
13863610        +Specialized Loan Servicing LLC,    as Servicer The Bank of New York Mellon,
                  c/o Denise Carlon, Esq.,    701 Market St, Ste 5000,    Philadelphia, PA 19106-1541
13874583        +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2018 02:17:57
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 05 2018 02:18:21     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13939502         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 05 2018 02:46:27
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13869867        +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2018 02:23:42     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,    ALLENTOWN PA 18103-4799
                (address filed with court: People First Federal Credit Union,    2141 Downyflake Lane,
                  Allentown, PA  18103-4774)
cr*             +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13896858*      ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,    ALLENTOWN PA 18103-4799
                (address filed with court: People First Federal Credit Union,    2141 Downyflake Lane,
                  Allentown, PA  18103)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: Keith              Page 2 of 2              Date Rcvd: Oct 04, 2018
                              Form ID: pdf900          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:

```
              DAVID S. GELLERT    on behalf of Debtor Robert J. Hammer dsgatn@rcn.com,
               r46641@notify.bestcase.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
               Series 2007-10 bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN K. KERCHER    on behalf of Creditor    People First Federal Credit Union
               kevinkk@kercherlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon et al ...
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-10 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R   ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

ROBERT J. HAMMER

                                                                        : Bankruptcy No. 17-10267REF
           Debtor(s)                   : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: October 4, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

DAVID S GELLERT, ESQ
1244 W HAMILTON STREET
STE 204
ALLENTOWN PA 18102-

ROBERT J. HAMMER
2732 OREGON STREET
EASTON,PA.18045